United States District Court

Eastern District of California

Anthony Higbee,

     Petitioner,                  No. Civ. S 04-1820 DFL PAN P

  vs.                              Order

Mike Knowles, et al.,

     Respondents.

-oOo-

December 21, 2004, respondents filed and served an answer to the petition. August 8, 2005, respondents moved to file a supplemental answer to assert an additional defense in light of <u>Sass v. California Board of Prison Terms</u>, 376 F.Supp.2d 975 (E.D. Cal. 2005).

A supplemental pleading is the mechanism by which a party alleges "transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented." Fed. R. Civ. P. 15(c). Since respondents seek to plead an additional defense, the court construes the request as

one to amend the answer pursuant to Fed. R. Civ. P. 15(a). Pursuant to Fed. R. Civ. P. 15(a),

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

More than 20 days have passed since respondents answered the petition and petitioner opposes the request to amend. But respondents seek to amend based on a recent development in the law and nothing suggests the motion is made in bad faith or solely to delay resolution of this action.

Accordingly, respondents' August 8, 2005, request is granted and the Clerk of the Court shall file the attached amended answer.

So ordered.

Dated:  November 29, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge